IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CAROL A. WILSON, *et al.*, | : |
| | :     Case No. 16-cv-739 |
| Plaintiffs, | : |
| | :     JUDGE ALGENON L. MARBLEY |
| v. | : |
| | :     Magistrate Judge Jolson |
| A&K ROCK DRILLING, INC., | : |
| | : |
| Defendant. | : |

## ORDER

Before the Court is the Report and Recommendation of the Magistrate Judge, recommending that Plaintiff's August 31, 2016 Motion for Default Judgment against A&K Rock Drilling, Inc. (Doc. 8) be denied without prejudice (Doc. 9). The Report and Recommendation specifically advises that any party who objects thereto must file their objection within 14 days of the date of the Report lest they waive the right to *de novo* review by the District Judge. (Doc. 9 at 3.) No party has filed an objection.

The Court hereby **ADOPTS** the Magistrate Judge's Report and Recommendation. Plaintiff's Motion for Default Judgment is **DISMISSED without prejudice**.

    **IT IS SO ORDERED.**

                                                              s/Algenon L. Marbley
                                                     ALGENON L. MARBLEY
                                                     UNITED STATES DISTRICT COURT

**Dated: October 18, 2016**